

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00243-CR

**WILLIAM FREDERICK PETTY, III,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-F201700241

## REINSTATEMENT ORDER

This appeal was abated on February 13, 2019 so that the trial court could determine whether appellant would be allowed to represent himself on appeal and whether counsel's motion to withdraw would be granted. After a hearing where counsel, appellant, and the State were present, the trial court determined that appellant would not be allowed to represent himself on appeal and denied counsel's motion to withdraw.

Accordingly, this appeal is reinstated. A brief for appellant is due 30 days from the date of this order.

Because counsel has not been allowed to withdraw, this Court will not acknowledge or act upon documents or requests sent to the Court by appellant, acting pro se.

PER CURIAM

Before Chief Justice Gray, and
      Justice Davis
Appeal reinstated
Order issued and filed March 6, 2019

